**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20092-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**KEISY ESTIBET PEGUERO,**

**Defendant.**

_______________________________________/

## FACTUAL PROFFER

Defendant, KEISY ESTIBET PEGUERO (hereinafter referred to as "PEGUERO"), his counsel, and the United States, agree that had this case proceeded to trial, the United States would have proven beyond a reasonable doubt, the following facts pertaining to the conspiracy to import five kilograms or more of cocaine into the United States, in violation of Title 21, United States Code, Sections 952(a) and 963.

Agents with the DEA developed information regarding a drug trafficking network utilizing sport fishing vessels to transport multi-hundred-kilogram shipments of cocaine from the Dominican Republic to South Florida. As part of this investigation, a vast network of individuals were identified who were actively conducting monthly, if not bi-monthly, cocaine shipments into South Florida.

Specifically, an organization led by Andy Gabriel Mercedes Hernandez was discovered to be responsible for thousands of kilograms of cocaine being imported into the United States using numerous US registered sport fishing vessels, including the MYSTERRY, the MAPLE LEAF, and the DAVINIKI. Each of these vessels contained secret compartments used to store multi-hundred kilos of cocaine that were picked up off the coast of the Bahamas and transported to South Florida.

As part of the conspiracy PEGUERO assisted with the transportation of the cocaine and acted as a guard of the load while in transit. Specifically, PEGUERO was one of the individuals who helped re-package the cocaine onboard the DAVINIKI in August 2025 and then unload the kilos and place them into a U-Haul van that was then driven to the stash house.

The following loads are samples of loads tied to the conspiracy:

In mid-2023, approximately 1,600 kilograms of cocaine was brought into South Florida aboard the M/V Mysterry.

In December 2024, the M/V Maple Leaf was utilized to bring in approximately 900 kilograms of cocaine into South Florida.

In July and August 2025, the M/V Daviniki was utilized to bring in approximately 1,000 kilograms of cocaine into South Florida.

The total amount of cocaine imported into South Florida was well over 2,500 kilograms worth in excess of $31,000,000.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 8/6/26 By: ______________________
LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

Date: 8/6/26 By: ______________________
FELIPE JARAMILLO, ESQ.
ATTORNEY FOR THE DEFENDANT

Date: 8/6/26 By: ______________________
KEISY ESTIBET PEGUERO
DEFENDANT